

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2019

No. 04-18-00856-CR

Robert Lee **CRIDER** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1873
Honorable Rex Emerson, Judge Presiding

# O R D E R

On June 17, 2019, Appellant filed two pro se documents: a "Request for Order of Release from Custody" and a "Request for Order of Case Files."

Appellant is represented in this appeal by retained counsel: M. Patrick Maguire, 945 Barnett St., Kerrville, Texas 78028, telephone number 830-895-2590.

Appellant does not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001). Appellant's pro se motions are DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2019.



KEITH E. HOTTLE,
Clerk of Court